

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | Nos.  C 07-6085 MJJ (PR) |
| Plaintiff, | C 07-6112 MJJ (PR) |
| | C 07-6113 MJJ (PR) |
| v. | C 07-6116 MJJ (PR) |
| | C 07-6150 MJJ (PR) |
| MICHAEL MUKASEY, et al., | C 07-6275 MJJ (PR) |
| | C 07-6310 MJJ (PR) |
| Defendants. | **ORDER OF DISMISSAL** |

Plaintiff, a California prisoner, filed these pro se civil rights actions between December 3 and December 12, 2007. On the day each action was filed, the Court notified plaintiff in writing that the actions were deficient due to the failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. Along with this notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Plaintiff was informed that if he did not either pay the filing fee or file a completed IFP application within thirty days, the cases would be dismissed. No response has been received in any of these cases. As more than thirty days have passed and plaintiff has not completed the IFP application or paid the filing fee, as instructed by the Court, these cases are DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/14/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\riches69.dfp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES et al,<br><br>    Defendant.<br>_____ / | Case Number:<br><br> CV07-06085 MJJ (PR)<br>CV07-06112 MJJ (PR)<br>CV07-06113 MJJ (PR)<br>CV07-06116 MJJ (PR)<br>CV07-06150 MJJ (PR)<br>CV07-06275 MJJ (PR)<br>CV07-06310 MJJ (PR) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: January 15, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk