FILED
JAN 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No.   CV 07-06085 MJJ (PR) |
| | CV07-06112 MJJ (PR) |
| Plaintiff, | CV07-06113 MJJ (PR) |
| | CV07-06116 MJJ (PR) |
| v. | CV07-06150 MJJ (PR) |
| | CV07-06275 MJJ (PR) |
| DISCOVER FINANCIAL SERVICES, et al., | CV07-06310 MJJ (PR) |
| Defendant. | |

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

These cases are hereby **DISMISSED.**

Dated:   1/15/2008

Richard W. Wieking, Clerk

By: _____
Monica Narcisse, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | Case Number: |
| Plaintiff, | CV07-06085 MJJ (PR) |
| v. | CV07-06112 MJJ (PR) |
| | CV07-06113 MJJ (PR) |
| DISCOVER FINANCIAL SERVICES et al, | CV07-06116 MJJ (PR) |
| | CV07-06150 MJJ (PR) |
| Defendant. | CV07-06275 MJJ (PR) |
| | CV07-06310 MJJ (PR) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: January 15, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk